CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Sara B. Allman, Esq. CSB #107932
P.O. Box 1059
Larkspur, CA 94977-1059
Telephone: 415.299.3209
E-Mail: sara.b.allman@gmail.com
David M. Zeff, Esq. CSB #63289
LAW OFFICES OF DAVID M. ZEFF
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA 94939
Telephone: 415. 923.1380
E-mail: dmz@zefflaw.com
Attorneys for Defendant
SHIN INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　Plaintiff,<br><br>　v.<br><br>SHIN INTERNATIONAL, INC., a California Corporation; and Does 1-10,<br><br>　　Defendants. | Case No.: 3:18-cv-01061-JCS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO Fed.R.Civ.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 27, 2018        CENTER FOR DISABILITY ACCESS

By:     /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: December 27, 2018        SARA B. ALLMAN, Attorney at Law



By:   /s/ Sara B. Allman
Sara B. Allman
Attorneys for Defendants Shin International, Inc.

Dated: 12/27/19



GRANTED
Judge Joseph C. Spero

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Sara B. Allman, counsel for Shin International, Inc., respectively, and that I have obtained Ms. Allman's authorization to affix their electronic signature to this document.

Dated: December 27, 2018          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff